1  BENJAMIN B. WAGNER
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:03-CR-00202 TLN |
|---|---|
| Plaintiff, | **MOTION TO DISMISS INDICTMENTS AS TO DEFENDANT DAVINDER SINGH BHULLAR; ORDER** |
| v. | |
| LONG N. LEE, et al., | |
| Defendant. | |

## MOTION

The United States hereby moves to dismiss the Indictment and all Superseding Indictments as to fugitive defendant Davinder Singh BHULLAR, and to recall the pending arrest warrant.

Dated: June 18, 2013                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/ S. Robert Tice-Raskin
                                         S. ROBERT TICE-RASKIN
                                         Assistant United States Attorney

/ / /

/ / /

1

## ORDER

The charges against defendant **DAVINDER SINGH BHULLAR** in the pending Indictment and all Superseding Indictments are hereby DISMISSED, and the outstanding arrest warrant is recalled.

IT IS SO ORDERED.

DATED: June 19, 2013

Troy L. Nunley
United States District Judge